|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |

| | |
|---|---|
| Victor Tagle, | Case No. 2:17-cv-02846-JAD-NJK |
| Plaintiff | **Order** |
| v. | [ECF No. 1] |
| Department of Homeland Security, et al., | |
| Defendants | |

Pro se prisoner Victor Tagle brings this civil-rights action and applies to proceed *in forma pauperis*.[1]

Mr. Tagle is a frequent filer at this courthouse. On at least three occasions, the Court has dismissed actions filed by Mr. Tagle while in detention as malicious or for failure to state a claim upon which any relief may be granted. Title 28 U.S.C. § 1915(g) provides, "if [a] prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted," he may not proceed *in forma pauperis* and, instead, must pay the full $400.00 filing fee in advance unless he is "under imminent danger of serious physical injury."[2]

Mr. Tagle alleges issues with his previous military service and immigration status, but his allegations fail to show that he is in imminent danger of serious physical injury.[3] So, if Mr. Tagle wants to proceed with this action, he must pre-pay the $400.00 filing fee in full.

---

[1] ECF Nos. 1, 1-1.

[2] 28 U.S.C. § 1915(g).

[3] *Id. See Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007) (holding that the exception to § 1915(g) applies if the complaint makes a plausible allegation that the prisoner faced imminent danger of serious physical injury at the time of filing).

Accordingly, IT IS HEREBY ORDERED that plaintiff's application to proceed *in forma pauperis* **[ECF No. 1] is DENIED.**

IT IS FURTHER ORDERED that **this action will be dismissed without prejudice and without further prior notice unless plaintiff pays the $400.00 filing fee in full by December 18, 2017.**

**The Clerk of the Court is directed to retain the complaint [ECF No. 1-1] and send plaintiff two copies of this order**. Plaintiff must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: November 16, 2017

_____
U.S. District Judge Jennifer A. Dorsey