# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Victor Tagle,

    Plaintiff

v.

Department of Homeland Security, et al.,

    Defendant

Case No.: 2:17-cv-02846-JAD-NJK

**Order Dismissing Case**

Pro se prisoner and plaintiff Victor Tagle applied to proceed in forma pauperis in this civil-rights action.[1] Because at least three of his other actions have been dismissed as frivolous or for failure to state a claim upon which any relief may be granted, Tagle could not proceed as a pauper unless he could show that he was "under imminent danger of serious physical injury."[2] Tagle failed to make the required showing, so I denied his motion and ordered him to pre-pay the $400 filing fee.[3] I also warned Tagle that "**this action will be dismissed without prejudice and without further prior notice unless**" he pays the fee "**by December 18, 2017**."[4] That date has passed, and Tagle still has not paid any portion of the filing fee.[5]

Accordingly, IT IS HEREBY ORDERED that all of Tagle's claims in this case are **DISMISSED** without prejudice. The Clerk of Court is directed to **CLOSE THIS CASE**.

Dated: January 22, 2018

                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.

[2] 28 U.S.C. § 1915(g).

[3] ECF NO. 3.

[4] *Id.* at 2.

[5] It also appears that Tagle's address has changed but he failed to notify the court of his new address in violation of LSR 2-2. *See* ECF No. 4 (mail returned as undeliverable).